UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
Chief United States District Judge
Sacramento, California

                                               RE:    Rajwant Singh VIRK
                                                        Docket Number:   2:03CR00202-07
                                                      **RETURN OF PASSPORT**

Your Honor:

The releasee is currently being supervised by the probation office in the Eastern District of Virginia. Following initial sentencing in this matter on November 19, 2004, the releasee's passport expired and was returned to the U.S. Department of State. Because the releasee has submitted an application for a new passsport, Court approval is required before this new passport can be issued. The supervising probation officer is in agreement with this request. The releasee is in full compliance with his release conditions, and wishes to visit his family in India. Therefore, it is respectfully recommended the releasee's request for return of his passport be approved.

                                           Respectfully submitted,

                                           /s/ Richard A. Ertola

                                           **RICHARD A. ERTOLA**
                                           **Supervising United States Probation Officer**

Dated:        October 17, 2007
                 Roseville, California
                 rae:cd

cc:      Benjamin B. Wagner and S. Robert Tice-Raskin
         Assistant United States Attorney

         Blair D. Howard
         Retained Defense Counsel
         Via fax: (540) 349-4422

**RE:  Rajwant Singh VIRK**
       **Docket Number:   2:03CR00202-07**
       **RETURN OF PASSPORT**

---

## ORDER

Upon request of the releasee that his passport be returned to him, and the case having been concluded, the Court orders that the releasee's request for return of passport is:

APPROVED:  _X____          DENIED:  _____

Dated:  October 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge