PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:   2:03CR00202-07** |
| ) | |
| **Rajwant S. VIRK** ) | |
| ) | |

On November 19, 2004, the above-named was placed on supervised release for a period of 3 years.  Rajwant S. Virk has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   John A. Poglinco

**JOHN A. POGLINCO
Senior United States Probation Officer**

Dated:        January 25, 2008
              Sacramento, California
              JAP:jz

**REVIEWED BY:**    /s/   Lori L. Koehnen  (for)
                    **KYRIACOS M. SIMONIDIS
                    Supervising United States Probation Officer**

**Re:    Rajwant I. VIRK**
**Docket Number:   2:03CR00202-07**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Rajwant I. Virk be discharged from supervised release, and that the proceedings in the case be terminated.

Dated:  February 4, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG